# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0689.  RONNIE DALE PACK v. THE STATE.**

A jury found Ronnie Dale Pack guilty of child molestation, and we affirmed his conviction on appeal.  See *Pack v. State*, 335 Ga. App. 783 (783 SE2d 146) (2016).  In January 2017, Pack filed a "Motion to Compel to be Heard by the Chief Judge" and "Demand for Order Vacating Void Judgment."  The trial court denied his motions on March 1, 2017, and Pack filed his notice of appeal on April 6, 2017.  We lack jurisdiction.

First, a petition or motion to vacate or modify a conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  An appeal from an order denying or dismissing such a petition or motion must be dismissed.  See *Roberts*, supra; *Harper*, supra at 218 (2).

Second, this appeal is untimely.  A notice of appeal must be filed within 30 days after entry of an appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Jaheni v. State*, 281 Ga. App. 213, 214 (635 SE2d 821) (2006).  Pack's notice of appeal is untimely, as it was filed 36 days after entry of the order denying his motion.

For the foregoing reasons, we lack jurisdiction of this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   12/01/2017          *
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*

2